712. NATIONAL LOAN & TRUST COMPANY *v.* LOVETT.

HILL, C. J. Upon the call of the case in this court, the plaintiff in error entered no appearance, but requested permission to withdraw the writ of error. The defendant in error, under rule 22, moved to open the record, and prayed an award of damages for delay. The motion is granted; the judgment is affirmed, and damages in the sum of ten per cent. upon the amount of the judgment in the lower court are awarded against the plaintiff in error.     *Judgment affirmed, with damages.*

Motion to award damages for delay.
Submitted November 26,—Decided December 9, 1907.
*W. J. Wallace,* for plaintiff in error.
*Fulwood & Murray,* contra.